# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:14cr270-3 |
| | : | No. 3:17cv678 |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| SHALIEK STROMAN, | : | |
| Defendant | : | |

## ORDER

**AND NOW,** to wit, this 8th day of June 2018, it is hereby **ORDERED** that the defendant, Shaliek Stroman's, motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. 411) is **DENIED**. For the reasons set forth in the accompanying memorandum we decline to grant defendant an evidentiary hearing or a certificate of appealability.

The Clerk of Court is directed to close case number 3:17cv678.

**BY THE COURT,**

**s/James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**